IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEITH ADKINS,

    Plaintiff,

  vs.                                  Civil Action 2:12-cv-484
                                        Judge Marbley
                                        Magistrate Judge King

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

On December 5, 2012, the United States Magistrate Judge recommended that the parties' joint motion for voluntary remand, Doc. No. 19, be granted. *Report and Recommendation*, Doc. No. 20. Although the parties were advised of their right to object to the recommendation, there has been no objection.

The *Report and Recommendation*, Doc. No. 20, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and the matter is **REMANDED** to the Commissioner for a new hearing and a new decision, with instructions to the administrative law judge to further evaluate at Step 2 the severity of plaintiff's depression and to consider evidence submitted to the Appeals Council after the administrative law judge's decision.

                                                              s/Algenon L. Marbley
                                                                Algenon L. Marbley
                                                         United States District Judge